**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA ARELLANO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:13-cv-07512-MAN<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses ("Stipulation"), which was filed on November 20, 2014, IT IS ORDERED that fees and expenses in the amount of $3,450 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: November 21, 2014        _/s/ Margaret A. Nagle_

　　　　　　　　　　　　　　　　　MARGARET A. NAGLE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE